AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>PABLO DOMINGUEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    2:26-MJ-00010<br>)<br>)<br>) |

**FILED**
JAN 2 0 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/16/2026__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | misuse of a Social Security Administration account number |

This criminal complaint is based on these facts:
On January 16, 2026, I participated in the execution of a federal search warrant at Rio Grande Mexican Restaurant, located at 502 1st Avenue, Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia. During the search, officers encountered defendant PABLO DOMINGUEZ, an alien unlawfully present in the United States, who was working at the restaurant. On January 16, 2026, I obtained defendant PABLO DOMINGUEZ's I-9 paperwork during the search warrant execution and determined that defendant PABLO DOMINGUEZ was using for work authorization and payroll purposes a Social Security Administration account number that was not assigned to him in violation of 42 U.S.C. § 408(a)(7)(B).

☐ Continued on the attached sheet.

s/Terrance Taylor<br>
*Complainant's signature*<br><br>
Terrance Taylor, Special Agent<br>
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/20/2026__                                                                  _____
                                                                                                          *Judge's signature*

City and state: __Charleston, West Virginia__                          Dwane L. Tinsley, United States Magistrate Judge
                                                                                                        *Printed name and title*